DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NELSON BAPTISTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2097

[January 4, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2009-CF-007177-BXXX-MB.

Nelson Baptiste, Sneads, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***